UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No.: 11md02295 JAH - BGS<br><br>Member cases:<br>   All member cases<br><br>**NOTICE RE CORRESPONDENCE FROM CLASS MEMBERS** |

The Court has received correspondence from multiple class members in which the class member discusses their experience with Defendant or seeks advice on filing a claim. The correspondence are not objections, and therefore, will not be filed with the Court. The Court, however, finds it appropriate to forward the letters received to the parties for their review and consideration. As such, the Court will regularly send the correspondence from class members that do not contain objections to the parties through the deadline for filing claims.

DATED:   August 18, 2016

_____
JOHN A. HOUSTON
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28